# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

**United States of America**,

        Plaintiff,

        Case 3:20-cr-109

-vs-

        Magistrate Judge Ovington

**Evan Layman**,

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Possession of Drugs, in violation of 21 U.S.C., Section 844 made in Count One of the Information is hereby AMENDED to a charge of Possession of Drug Paraphernalia, a fourth degree misdemeanor, in violation of the Ohio Revised Code, Section 2925.14(C)(1).

IT IS SO ORDERED.

Date: 7/21/21

_____
United States Magistrate Judge

_____
Assistant United States Attorney